FILED ✓ / ENTERED ___
RECEIVED ___ / SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY 26 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:15-CR-0043-MMD-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| PHILLIP BRADLEY SANDERSON, | |
| Defendants. | |

On May 14, 2015, the defendant appeared before this Court for an initial appearance/arraignment and plea (#9). The defendant was ordered detained pending confirmation from Pretrial Services that the defendant's mother was back from her vacation and that travel arrangements have been secured for the defendant's release to live with his mother in Las Vegas, Nevada. Therefore, the defendant shall be released from custody at the Washoe County Detention Facility to his mother Karen Sanderson on Tuesday, May 26, 2015 at noon.

The Court finds the appearance bond (#14) is amended to add the condition that the defendant shall submit to a mental health evaluation and treatment as directed by Pretrial Services or the supervising officer and shall pay all or part of the cost of the mental health evaluation and treatment based upon his ability to pay as determined by Pretrial services of the supervising officer.

**IT IS SO ORDERED.**

DATED: May 26, 2015.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE